# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ROSHAUN REID,<br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>et al.,<br>    Respondents. | CV 22-0752 DSF (PD)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Motion to Dismiss, records on file, Report and Recommendation of United States Magistrate Judge ("Report"), and Petitioner's Objections to the Report, styled as a "Rebuttal Motion to [Report]." The Court has engaged in a _de novo_ review of those portions of the Report to which Petitioner has objected. The Court overrules the Objections, accepts the Report, and adopts it as its own findings and conclusions.

Accordingly, Respondents' Motion to Dismiss is GRANTED and the Petition is DISMISSED for lack of jurisdiction.

In light of this dismissal, Petitioner's request to proceed _in forma pauperis_ and remaining pending motions are DENIED.

IT IS SO ORDERED.

Date: March 29, 2023

_Dale S. Fischer_
Dale S. Fischer
United States District Judge