JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| KENNETH ROSHAUN REID,<br>    Petitioner, | CV 22-0752 DSF (PD) |
| v. | JUDGMENT |
| UNITED STATES OF AMERICA,<br>et al.,<br>    Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

Date: March 29, 2023

Dale S. Fischer
United States District Judge